# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0435

VERSUS

ROBERT STANLEY LANE, JR.                              **JULY 19, 2021**

---

In Re:    Robert Stanley Lane, Jr., applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 540,968.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT